IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VALERIE MALISSIA VEAZEY LOUCKS ) <br> and AMANDA VICTORIA WOODHAM, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SHOREST, LLC, and RHI, INC. ) <br> d/b/a SHONEY'S OF CLANTON, ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO.  2:12cv304-WHA <br> (WO) |

**ORDER**

On March 1, 2013, the plaintiffs filed a motion for writ of attachment (doc. # 33). On March 4, 2013, the plaintiffs filed a motion for leave to supplement the motion for writ of attachment (doc. # 34). The plaintiffs sought to require Steve Walker, an employee of the defendants, to appear for and submit to, a deposition in this action. On March 7, 2013, the court was informed that Mr. Walker has submitted to a deposition on this date. Accordingly, upon consideration of the motions, and for good cause, it is

ORDERED that the motion for writ of attachment (doc. # 33) and the motion for leave to supplement the motion for writ of attachment (doc. # 34) be and are hereby DENIED as moot.

Done this 8th day of March, 2013.

                                              /s/Charles S. Coody
                                       CHARLES S. COODY
                                       UNITED STATES MAGISTRATE JUDGE