IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VALERIE MALISSIA VEAZEY LOUCKS and AMANDA VICTORIA WOODHAM, </br></br>   Plaintiff, </br></br> vs. </br></br> SHOREST, LLC, and RHI, INC. d/b/a SHONEY'S OF CLANTON, </br></br>   Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) CIVIL ACTION NO. 2:12cv304-WHA </br> ) </br> )                 (wo) </br> ) </br> ) </br> ) |

ORDER

This cause is before the court on the Plaintiffs' Motion to Exclude Witnesses Under "the Rule" (Doc. #59).   No response to this motion having been filed by the Defendants within the time allowed, it is hereby ORDERED that the Motion is GRANTED.

Done this 1st day of May, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE