IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VALERIE MALISSIA VEAZEY LOUCKS<br>and AMANDA VICTORIA WOODHAM,<br><br>  Plaintiff,<br><br>vs.<br><br>SHOREST, LLC, and RHI, INC. d/b/a<br>SHONEY'S OF CLANTON,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 2:12cv304-WHA<br>)<br>)              (wo)<br>)<br>)<br>) |

ORDER

This cause is before the court on the Plaintiffs' Motion to Exclude Witnesses Under "the Rule" (Doc. #59).   No response to this motion having been filed by the Defendants within the time allowed, it is hereby ORDERED that the Motion is GRANTED.

Done this 1st day of May, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE