IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VALERIE MALISSIA VEAZEY LOUCKS and AMANDA VICTORIA WOODHAM, Plaintiff, | ) ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 2:12cv304-WHA |
| SHOREST, LLC, and RHI, INC. d/b/a SHONEY'S OF CLANTON, Defendants. | ) ) ) ) | (wo) |

ORDER

This cause is before the court on the Plaintiffs' Response to the Defendants' Motion in Limine.  In its Order, the court gave the Plaintiffs time in which to specifically identify evidence of other cases or claims they seek to admit at trial and the identity of witnesses through whom such evidence would be elicited.

The Plaintiffs have provided deposition excerpts from Sharon Biafore in which she refers to complaints, including complaints of harassment, but then the Plaintiffs merely state in their brief that they intend to present "general evidence about these claims and how they were resolved/managed."  The Plaintiffs are given until noon on May 7, 2013 to supplement their response and identify specifically the names of the complainants, where they were employed, the nature of the complaints, the specifics of how the complaints were resolved, and the witness or witnesses the Plaintiffs intend to call to provide this testimony.

Done this 6th day of May, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE