IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VALERIE MALISSIA VEAZEY LOUCKS and AMANDA VICTORIA WOODHAM, Plaintiff, | ) ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 2:12cv304-WHA |
| SHOREST, LLC, and RHI, INC. d/b/a SHONEY'S OF CLANTON, Defendants. | ) ) ) ) ) | (wo) |

ORDER

This cause is before the court on the Plaintiffs' Motion to Reinstate this case as to RHI, Inc., the bankruptcy court having dismissed Restaurant Help, Inc.'s bankruptcy case. (Doc. #85).

In response to this Motion, counsel for the Defendants responded that Defendant RHI, Inc. was dissolved and the fixed assets were abandoned to the landlord, and the company closed with unpaid debts. Counsel also moved to withdraw from representation, and the court granted that motion.

On February 7, 2014, the Plaintiffs responded to this court's Order seeking their position on whether they wished to reinstate this case, given former counsel's representation as to the status of RHI, Inc. The Plaintiffs' response is that Service Solutions assumed and paid some of the debts of RHI, Inc. and is currently operating the Shoney's business in Clanton. The Plaintiffs state that a shell corporation was created, and ask the court to reinstate the case as to Restaurant Help, Inc., grant Plaintiffs' leave to amend the Complaint, and allow them to conduct limited discovery to pierce the corporate veil as to the shareholders and successor corporations.

Upon review of the Plaintiffs' response, it is hereby ORDERED as follows:

1. The Motion to Reinstate (Doc. #85) is GRANTED and the Plaintiffs' claims against RHI, Inc. are reinstated.

2. The Plaintiffs are given until **February 19, 2014** to amend their Complaint.

Done this 10th day of February, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE